Bloch, Appellant, *v.* Tax Review Board.

Argued December 14, 1966. *Sidney Schulman,* with him *Rappeport & Magil,* for appellants; *Matthew W. Bullock, Jr.,* Second Deputy City Solicitor, with him *Frank J. Pfizenmayer,* Assistant City Solicitor, *Levy Anderson,* First Deputy City Solicitor, and *Edward G. Bauer, Jr.,* City Solicitor, for City of Philadelphia, appellee.

Judgment affirmed. See *Kungsgaten, Inc. v. Phila.,* 422 Pa. 209, 220 A. 2d 803.

Brannelly, Appellant, *v.* Philadelphia.

Argued December 16, 1966. *Henry D. O'Connor,* for appellant; *Joseph P. Green,* with him *Michael E. Quinlan,* and *Krusen, Evans and Byrne,* for appellee; *Beryl E. Hoffman,* Assistant City Solicitor, with him *Matthew W. Bullock, Jr.,* Second Deputy City Solicitor, and *Edward G. Bauer, Jr.,* City Solicitor, for City of Philadelphia, appellee.

Order affirmed.